IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| BLAKE WOTRING, | ) | |
|---|---|---|
| JACKIE QUIMPO, | ) | CIVIL ACTION NO. 08-1376 |
| MICHAEL MCLAUGHLIN, | ) | |
| THOMAS OWOC, | ) | |
| DEAN CALEY, | ) | HONORABLE GARY L. LANCASTER |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SARLA-SYNAPSE TECHNOLOGIES, | ) | |
| INC., a Pennsylvania domestic corporation, | ) | |
| t/d/b/a SYNAPSE SYSTEMS, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | FILED ELECTRONICALLY. |

## ORDER OF COURT

AND NOW, this 24th day of March, 2009, upon consideration of Plaintiffs' Motion to Attempt Service by Publication, it is hereby ORDERED that the motion is GRANTED.

By the Court,

_____ J.