IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAKE WOTRING, JACKIE       )
QUIMPO, MICHAEL MCLAUGHLIN, )
THOMAS OWOC, DEAN CALEY,    )
                            )
           Plaintiffs,      )
                            )
      v.                    )
                            )
SARLA-SYNAPSE TECHNOLOGIES, )
INC., a Pennsylvania        )       Civil Action No. 08-1376
domestic corporation        )
t/d/b/a SYNAPSE SYSTEMS,    )
INC., SYNAPSE TECHNOLOGIES  )
INC., a Pennsylvania        )
domestic corporation        )
t/d/b/a SYNAPSE SYSTEMS,    )
INC., PAREKH GROUP, a       )
corporation organized under )
the laws of India t/d/b/a   )
SYNAPSE SYSTEMS, INC.       )
t/b/d/a PAREKH              )
COMMUNICATIONS GROUP,       )
ANIL MEHTA, an individual,  )
                            )
           Defendants.      )

MEMORANDUM ORDER

Gary L. Lancaster,
District Judge.                              May 12, 2009

        Before the court is defendants Parekh Group and Anil

Mehta's Motion for Reconsideration of Order of Court Granting

Motion to Attempt Service by Publication [doc. no. 11], and

plaintiffs' reply thereto [doc. no. 14]. Defendants state that

they are residents of India. Defendants contend that plaintiffs

have failed to properly serve them as required by Fed.R.Civ.P. 4(f)

and 4(h). Plaintiffs state that they "do not believe that Mr.

Mehta resides in India or that Parekh Marketing limited or its subsidiaries, including Synapse Systems, are not subject to the jurisdiction of the United States Courts..." [Doc. No. 14 at page 3 ¶c]. It is well established, however, that "the party asserting the validity of service bears the burden of proof on that issue." Grand Entertainment Group Ltd. V. Star Media Sales, Inc., 988 F.2d 476, 488 (3d Cir. 1993). Plaintiffs have not provided any evidence that defendants' claim that they are residents of India is false. Accordingly, plaintiffs have failed to satisfy their burden of proof on this issue.

Accordingly, IT IS HEREBY ORDERED that defendants' motion for reconsideration, [doc. no. 11], is GRANTED. IT IS FURTHER ORDERED THAT plaintiffs shall serve all foreign defendants in accordance with Fed.R.Civ.P. (4)(f) and 4(h).

BY THE COURT:

_____ J.

cc: All Counsel of Record